■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. WASHINGTON, Petitioner, v. CHARLES L. MCKENDRICK, as Warden of Wallkill Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.